No. 201. CALLAN *v.* SANFORD, WARDEN. On petition for certiorari to the Circuit Court of Appeals for the Fifth Circuit. October 1, 1945. Dismissed on motion of counsel for petitioner. *Mr. Jeremiah A. O'Leary* for petitioner. 

No. 315. JENNINGS *v.* SMITH, WARDEN. On petition for certiorari to the Supreme Court of Pennsylvania. October 1, 1945. Dismissed on motion of petitioner.

No. 141. JOHNSON ET AL. *v.* MEAGHER COUNTY ET AL. October 8, 1945. *Per Curiam:* The motion to dismiss is granted, and the appeal is dismissed for want of jurisdiction. § 237 (a), Judicial Code as amended, 28 U. S. C. § 344 (a); *Charleston Assn.* v. *Alderson,* 324 U. S. 182, 185, and cases cited. Treating the papers whereon the appeal was allowed as a petition for writ of certiorari, as required by § 237 (c) of the Judicial Code, as amended, 28 U. S. C. § 344 (c), certiorari is denied. *Mr. Oscar A. Provost* for appellants. *Mr. R. V. Bottomly* for appellees. 
